Robert L. Bachman, Esq. SBN#56489
LAW OFFICES OF ROBERT L. BACHMAN
19100 VON KARMAN AVE., #380
IRVINE, CA 92612
949/955-0221PH
949/955-0324 FAX
Attorneys for Defendant/Counter-Claimant, American Express et. al.

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2007 DEC 10 PM 3:11
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES GILBERT           Plaintiff,   vs.   AMERICAN EXPRESS, a New York Corporation           Defendants   ──────────────────   AMERICAN EXPRESS, Travel Related Services, Inc., a New York Corporation, AMERICAN EXPRESS, Centurion Bank           Counter-Claimant   vs.   JAMES GILBERT           Counter-Defendant | CASE NO.: 07 CV 2235 GPS (PLAX)     JOINT NOTICE OF DISMISSAL |

COMES NOW Defendant/Counter-Claimants, AMERICAN EXPRESS, Travel Related Services, Inc., a New York Corporation, and AMERICAN EXPRESS, Centurion Bank (hereinafter "American Express") and Plaintiff/Counter-Defendant JAMES GILBERT (hereinafter "Gilbert") join as follows:

- 1 -
Joint Notice of Dismissal

\\RJbmain\Pleadings\25161\25 16-23 1federaldism.doc

1  ///

2  The parties agree to dismiss the above-entitled action without prejudice and each party to

3  bear its own costs and attorney's fees.

4  Dated: 12/7/07

LAW OFFICE OF ROBERT L. BACHMAN

_____
Robert L. Bachman, Esq.,
LAW OFFICES OF ROBERT L. BACHMAN
19100 VON KARMAN AVE., #380
IRVINE, CA 92612
949/955-0221 PH
949/955-0324 FAX
Attorney for Defendant/Counter-Claimants,
American Express

Dated: 12/7/07

_____
James Gilbert, pro per –
21610 Encina Road
Topanga Canyon, CA 90290
(818)474-8550 fax
Plaintiff/Counter-Defendant

IT IS SO ORDERED.

Dated: 12/12/07

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT COURT JUDGE

- 2 -

Joint Notice of Dismissal